B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>District of Nevada | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**KNIGHT, ANNE ELIZABETH** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**AKA ANNE GREGORY KNIGHT** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**xxx-xx-7015** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**255 N. Sierra St., #1411**<br>**Reno, NV**<br>ZIP Code **89501** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Washoe** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)  (Check one box)

■ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☐ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☐ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

■ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**

Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)

■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
☐ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(04/13)                                                                                                                          **Page 2**

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **KNIGHT, ANNE ELIZABETH** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X  /s/ CHRISTOPHER P. BURKE, ESQ. October 23, 2015** |
| | Signature of Attorney for Debtor(s)            (Date) |
| | **CHRISTOPHER P. BURKE, ESQ.** |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)                                                                         **Page 3**

| Voluntary Petition | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | **KNIGHT, ANNE ELIZABETH** |

Signatures

<table>
<tr>
<td valign="top">

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X**  **/s/ ANNE ELIZABETH KNIGHT**

Signature of Debtor  **ANNE ELIZABETH KNIGHT**

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**October 23, 2015**
Date

</td>
<td valign="top">

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____

Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

</td>
</tr>
<tr>
<td valign="top">

**Signature of Attorney\***

**X**  **/s/ CHRISTOPHER P. BURKE, ESQ.**
Signature of Attorney for Debtor(s)

**CHRISTOPHER P. BURKE, ESQ.**
Printed Name of Attorney for Debtor(s)

**Christopher P. Burke, Esq.**
Firm Name
**702 Plumas Street**
**Reno, NV 89509**

_____
Address

**(775)333-9277**
Telephone Number

**October 23, 2015**
Date

\*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

</td>
<td valign="top">

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

</td>
</tr>
<tr>
<td valign="top">

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

</td>
<td></td>
</tr>
</table>

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## District of Nevada

In re    **ANNE ELIZABETH KNIGHT** _____    Case No. _____

                                                 Debtor(s)        Chapter    **7** _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                              Page 2

     ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

     ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

     ☐ Active military duty in a military combat zone.

     ☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ ANNE ELIZABETH KNIGHT**
                              **ANNE ELIZABETH KNIGHT**

Date:    **October 23, 2015**

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

ANNE ELIZABETH KNIGHT
255 N. Sierra St., #1411
Reno, NV 89501

.

CHRISTOPHER P. BURKE, ESQ.
Christopher P. Burke, Esq.
702 Plumas Street
Reno, NV 89509

A Team Construction Cleaning
ATTN: MANAGING AGENT
30605 Sutcliffe StarRt., Sp.15
Reno, NV 89510

700 E. Glendale Associates
Attn: Managing Agent
15840 Ventura Blvd., #310
Encino, CA 91436-2932

A.G. Adjustments
Attn: Managing Agent
P.O. Box 9090
Melville, NY 11747

ABD Insurance Services
Attn: Managing Agent
604 W. Moana Lane
Reno, NV 89509

ACI Glass Products
Attn: Managing Agent
965 Ridge Lake Blvd.
P.O. Box 171173
Memphis, TN 38187

ADVANCED CALL CENTER TECH. LLC
ATTN: MANAGING AGENT
P.O. BOX 9090
GRAY, TN 37615

Advanta Bank Corp.
Attn: Managing Agent
P.O. Box 30715
Salt Lake City, UT 84130-0715

Advanta Business Cards
c/o: Advanced Call Center Tech.
Attn: Managing Agent
P.O. Box 9090
Johnson City, TN 37615

APCO Insurance Premium Finance
Attn: Managing Agent
Dept. LA 21315
Pasadena, CA 91185-1315

AKRON Hardware
Attn: Managing Agent
1100 Killian Road
Akron, OH 44312

Alan M. Kapson, Atty. at Law
Attn: Managing Agent
P.O. Box 1439
Melville, NY 11747-1439

Allied Adminstrators/ Delta Dental
Insurance / Attn: Managing Agent
P.O. Box 26908
San Francisco, CA 94126

Allied Collection Srvs.
Attn: Managing Agent
3080 S. Durango Dr., #208
Las Vegas, NV 89117-9186

AMCOL Systems
Attn: Managing Agent
P.O. Box 21625
Columbia, SC 29221-1625

American Express
Attn: Managing Agent
POB 297879
Fort Lauderdale, FL 33329-7879

American Financial Services
Bankruptcy Dept.
Attn: Managing Agent
P.O. Box 351
Fort Worth, TX 76101-0351

American International Company
c/o: Receivable Management Srv.
Attn: Managing Agent
P.O. Box 4647
Lutherville Timonium, MD 21094-4647

APEX Engineering
Attn: Managing Agent
4790 Coughlin Pkwy., #184
Reno, NV 89519

AT & T
ATTN: MANAGING AGENT
P.O. BOX 5014
Carol Stream, IL 60197

AT & T Advertising & Publishing
Attn: Managing Agent
P.O. Box 500452
Saint Louis, MO 63150-0452

AT & T Wireless
Attn: Managing Agent
P.O. Box 1809
Paramus, NJ 07653-1809

AT&T
ATTN: MANAGING AGENT
1901 W. 10TH ST.
Antioch, CA 94509

AUI Holdings
Attn: Managing Agent
22427 Network Place
Chicago, IL 60673-1224

Autumn Trails Homeowners
c/o: CAMCO
Attn: Managing Agent
2240 Meridian Blvd.
Minden, NV 89423

Bank of America
Bankruptcy Dept.
Attn: Managing Agent
P.O. Box 982235
El Paso, TX 79998-2235

Bank of America Home Mortgage
Attn: Managing Agent
POB 5170
Simi Valley, CA 93062-5170

Bank of the West
Attn: Managing Agent
13505 California Street
NE BBP 01 W
Omaha, NE 68154

Bank Of The West
Attn: Managing Agent
POB 515274
Los Angeles, CA 90051-6574

Bank Of The West
Attn: Managing Agent
POB 2078
Omaha, NE 68103-2078

Bank Of The West
Attn: Managing Agent
NC-B07-3B-J
P.O. Box 5172
San Ramon, CA 94583-5172

Baron, Sar, Goodwin, Gill & Lohr
Attn : Managing Agent
750 Pierce Street
P.O. Box 717
Sioux City, IA 51102

Berkley Risk Administrators
Attn : Managing Agent
P.O. Box 939
Pierre, SD 57501-0939

Best Life Dental Insurance
Attn: Managing Agent
P.O. Box 19721
Irvine, CA 92623-9721

Beverly Y. Salhanick, Esq.
Attn: Managing Agent
3001 S. Jones, Ste. I
Las Vegas, NV 89146

Bristolite Skylights
Attn: Managing Agent
401 E. Goetz Ave.
Santa Ana, CA 92707

Builders Insurance Co. Inc.
c/o: Risk Services - Nevada
Attn: Managing Agent
5430 W. Sahara Avenue
Las Vegas, NV 89146

California Franchise Tax Board
Attn: Managing Agent
P.O. Box 942867
Sacramento, CA 94267-0011

California Recovery Bureau, Inc.
Attn: Managing Agent
135 Vallecitos De Oro, Ste. G
San Marcos, CA 92069

Capital One Bank
Attn: Managing Agent
P.O.Box30285
Salt Lake City, UT 84130-0285

Castaway Trash Hauling Inc.
Attn: Managing Agent
P.O. Box 51930
Sparks, NV 89435-1930

Charter Communication
Attn: Managing Agent
P.O. Box 78063
Phoenix, AZ 85062-8063

Chase Bank One Card Srv.
Attn: Managing Agent
P.O. Box 15298
Wilmington, DE 19850

CITI
Attn: Managing Agent
P.O. Box 6241
Sioux Falls, SD 57117

CITI BUSINESS
Attn: Managing Agent
P.O. Box 44180
Jacksonville, FL 32231-4180

CITIBANK
ATTN: MANAGING AGENT
P.O. BOX 469100
Escondido, CA 92046-9100

CitiCards CBNA
Attn: Managing Agent
701 E. 60th Street N
Sioux Falls, SD 57104

City of Reno (Accts. Receivable)
Attn: Managing Agent
1 East 1st Street
P.O. Box 1900
Reno, NV 89505

City of Sparks
Attn: Managing Agent
431 Prater Way
P.O. Box 857
Sparks, NV 89432

CITY OF SPARKS
ATTN: C/O ATB SERVICE
2930 AUSTIN BLUFFS PKTW. SUITE30
Colorado Springs, CO 80918

CMI ARCHITECTURAL PRODUCTS
ATTN: MANAGING AGENT
2800 FREEWAY BLVDM SUITE 20
Minneapolis, MN 55430

Comdata Corporation
Attn: Managing Agent
P.O. Box 100647
Atlanta, GA 30384-0647

Comenity Bank/ MTROSTYL
Attn: Managing Agent
P.O. Box 182789
Columbus, OH 43218-2789

Comenity Bank/ VCTRSSEC
Attn: Managing Agent
P.O. Box 182789
Columbus, OH 43218-2789

COMENITY BANK/VCTRSSEC
ATTN: MANAGING AGENT
P.O BOX 182789
Columbus, OH 43218

Conseco Medical Insuranse Compa
ATTN: Managing Agent
304 North Main Street
Rockford, IL 61101

Credit Collection Service
Attn: Managing Agent
Two Wells Ave.
Dept.9134
Newton Center, MA 02459

Creditwatch
Attn: Managing Agent
P.O. Box 156269
Fort Worth, TX 76155

CWM Wood Windows
Attn: Managing Agent
24 North Bryn Mawr Avenue
Bryn Mawr, PA 19010

De Lage Landen Financial Service
Attn: Managing Agent
P.O. Box 41601
Philadelphia, PA 19101

DESIGN ALCHEMY
ATTN: DEBRA COSTA
855 57TH ST SUITE D
Sacramento, CA 95818

DISCOVER BANK
ATTN: MANAGING AGENT
2500 LAKE COOK ROAD
POST SCREEN
RIVERWOODS, IL 60015

Discover Card
Attn: Bankruptcy Department
P.O. Box 3025
New Albany, OH 43054

DOWLING ARRON & KEELER INC.
ATTN: MANAGING AGENT
8080 N. PALM, AVE., 3RD FLR.
P.O. BOX 28902
Fresno, CA 93729-8902

Drakulich Insurance
Attn: Managing Agent
2215 N. McCarran BLVD.
Sparks, NV 89431

Encompass Insurance
Attn: Managing Agent
P.O. Box 650562
Dallas, TX 75265

Enhanced Recovery Corp.
Attn: Managing Agent
8014 Bayberry Rd.
Jacksonville, FL 32256-7412

ER Solutions
Attn: Managing Agent
P.O. Box 9004
Renton, WA 98057-9004

Farmers Insurance
ATTN: Managing Agent
Curtis W. Ison
P.O. Box 99
Hawthorne, NV 89415

Farmers Insurance Group
Attn: John T. Drakulich Lutcf
2215 N. McCarran BLVD
Sparks, NV 89431

Fedex National LTL
Attn: Managing Agent
1750 Industrial Way
Sparks, NV 89431

Financial Pacific
Attn: Managing Agent
P.O. Box 45376
San Francisco, CA 94145

First Data Merchant Accounts
Attn: Managing Agent
P.O. Box 3429
Thousand Oaks, CA 91359

First Equity Card Corp.
Attn: Managing Agent
North Wales, PA 19454

FIRST NATIONAL BANK OMAHA
ATTN: MANAGING AGENT
P.O. Box 2490
Omaha, NE 68103-2490

First USA Bank
Attn: Managing Agent
201 N. Walnut St. Fl. 6
Wilmington, DE 19801

Franklin Collection Srv.
Attn: Managing Agent
2978 W. Jackson St.
Tupelo, MS 38803

FREDERICK D. WILLIAMS, ESQ.
ATTN: MANAGING AGENT
5515 WEDEKIND ROAD
Sparks, NV 89431-1147

Frederick J. Hanna & Associates.
Attn: Managing Agent
1420 Roswell Road
Marietta, GA 30062

G-40 Hardware
Attn: Managing Agent
12650 Patrick Henry Drive
Newport News, VA 23602

Gannett CCC
Attn: Managing Agent
177 Broad Street, 6th Floor
Stamford, CT 06901

GARY KILBOURN
ATTN: MANAGING AGENT
774 MAYS BLVD. NO. 10-620
Incline Village, NV 89451-9669

Gary M. Fuller, Esq.
Guild, Russell, Gallagher, Fuller
100 West Liberty St.,Ste. 800
P.O. Box 2838
Reno, NV 89505

GB COLLECTS, LLC
ATTN: MANAGING AGENT
145 BRADFORD DRIVE
West Berlin, NJ 08091

GC Services Limited Partnership
Attn: Managing Agent
6330 Gulfton
Houston, TX 77081

GE Money Bank
Attn: Bankruptcy Dept.
POB 103104
Roswell, GA 30076

Gerkin Windows & Door
Attn : Managing Agent
P.O. Box 3203
Sioux City, IA 51102

Gugliemo & Associates
Attn: Managing Agent
POB 41688
Tucson, AZ 85717

HARTFORD FIRE INSURANCE CO
ATTN: MANGING AGENT
P.O. BOX 2103
690 ASYLUM AVENUE
Hartford, CT 06115

HORIZON WINDOW FASHION
ATTN: MANAGING AGENT
1705 WAUKEGAN ROAD
Waukegan, IL 60085

JOMAX RECOVERY SERVICE
ATTN: MANAGING AGENT
20325 N 51ST AVENUE, SUITE 134
Glendale, AZ 85308

MCCARTHY BURGESS & WOLF
ATTN: MANAGING AGENT
THE MB&W BUILDING
26000 CANNON ROAD
Bedford, OH 44146

HSBC
ATTN: MANAGING AGENT
P.O. BOX 5226
Carol Stream, IL 60197-5226

K2 ENGINEERING AND STRUCTURAL DESIGN
ATTN: MANAGING AGENT
3100 MILL STREET, STE1047
Reno, NV 89502

MCMURRAY PACIFIC
ATTN: MANAGING AGENT
568 SEVENTH STREET
San Francisco, CA 94103

HSBC RETAIL SERVICES
SONY FINANCIAL SERVICES
P.O BOX 15521
Wilmington, DE 19850

KOHLS
ATTN: C/O CHASE BANK
N56 W 17000 RIDGEWOOD DRIVE
Menomonee Falls, WI 53051

MERRIL MILLWORKS
ATTN: MANAGING AGENT
1300 WEST TAYLOR STREET
Merrill, WI 54452

I.C. System, Inc.
Attn: Managing Agent
P.O. Box 64378
Saint Paul, MN 55164-0378

KRUMP CONSTRUCTION
ATTN: MANAGING AGENT
9855 DOUBLE R BLVD
Reno, NV 89521

Midland Credit Management
Attn: Managing Agent
8875 Aero Dr.  Ste.200
San Diego, CA 92123

I.R.S.
Attn: Managing Agent
Ogden, UT 84201

LAW OFFICE OF BRIAN D. SHAPIRO
ATTN: MANAGING AGENT
411 E. BONNEVILLE AVENUE, STE 300
Las Vegas, NV 89101

Monotronix Security
Attn: Managing Agent
P.O. Box 814530
Dallas, TX 75381

Internal Revenue Service
Attn: Managing Agent
Stop 5028
110 City Prkwy.
Las Vegas, NV 89106

LIBERTY MUTUAL
ATTN: MAQNAGING AGENT
P.O. BOX 530004
Atlanta, GA 30353

Nancy Nelson
Attn: Managing Agent
925 Marsh Ave
Reno, NV 89509

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Light and Living
ATTN: Managing Agent
6050 King Drive
Ventura, CA 93003

Naomi and Herbert Duerr
Attn: Managing Agent

J. DOUGLAS CLARK
ATTN: MANAGING AGENT
510 West Plumb Lane
Suite B
Reno, NV 89509

LINCOLN WOOD PRODUCTS, INC
ATTN: MANAGING AGENT
P.O. BOX 375
Merrill, WI 54452

National Business Factor
Attn: Managing Agent
969 Mica Drive
Carson City, NV 89705-7170

JEFFREY M. QUINN, ATTORNEY AT LAW
ATTN: MANAGING AGENT
1017 EDMONDS AVENUE
P.O. BOX 596
Drexel Hill, PA 19026

LOWE'S
ATTN: MANAGING AGENT
P.O. BOX 1111
North Wilkesboro, NC 28656

NATIONAL CITY BANK
ATTN: MANAGING AGENT
P.O. BOX 856153
Louisville, KY 40285

John Springgate, Esq.
Attn: Managing Agent
203 South Arlington Ave.
Reno, NV 89501

MARCARTHUR BUSINESS CREDIT, LP
ATTN: MANAGING AGENT
16238 HWY 620, #F-351
Austin, TX 78717

NATIONAL FIRE & MARINE INSU
ATTN: MANAGING AGENT
3024 HARNEY STREET
Omaha, NE 68131

NAVISTAR FINANCIAL CORP
ATTN: MANAGING AGENT
P.O. BOX 96070
Chicago, IL 60693

PAUL AND MARY ANN STEELMAN
ATTN: C/O PALUMBO BERGSTROM, LLP
17901 VON KARMAN AVENUE, SUITE 500
Irvine, CA 92614

Prime Design Source
Attn: Managing Agent
3010 Dugan Drive
Little Rock, AR 72206

NCO Financial Systems
Attn: Managing Agent
507 Prudential Road
Horsham, PA 19044

PEMKO MFG. COMPANY
ATTN: MANAGING AGENT
P.O. BOX 31001-1250
Pasadena, CA 91110

PRIME HEALTHCARE SERVICES R
ATTN: MANAGING AGENT
FILE 1467
1701 W OLYMPIC BLVD
Pasadena, CA 91199

NCS COLLECTION SERVICES GROUP
ATTN: MANAGING AGENT
729 MINNER ROAD
Cleveland, OH 44143

PERSONAL TOUCH GLAS, INC
ATTN: MANAGING AGENT
1599 SW 30TH AVENUE, #10
Boynton Beach, FL 33426

QUATER WINDOWS
ATTN: MANGING AGENT
504 HWY 63 SOUTH
P.O BOX 12
Freeburg, MO 65035

NEVADA CONTRACTORS INSURANCE COM
AATN: MANAGING AGENT
1210 S. VALLEY VIEW BLVD., #1
Las Vegas, NV 89102

PITNEY BOWES, INC
ATTN: MANAGING AGENT
2225 AMERICAN DRIVE
Neenah, WI 54956

QVC
Attn: Managing Agent
Fma Alliance LTD
Houston, TX 77252

NEVADA DEPARTMENT OF EMPLOYMENT
TRAINING AND REHABILITATION
EMPLOYMENT SECURITY DEVISION
500 E. THIRD STREET
Carson City, NV 89713

PLATTE RIVER INSURANCE COMPANY
ATTN: MANAGING AGENT
P.O. BOX 5900
Madison, WI 53705

RAMIN HOMANFAR, DDS
ATTN: MANAGING AGENT
5240 KIETZKE LANE, SUITE 201
Reno, NV 89511

NEVADA STATE CONTRACTORS BOARD
ATTN: MANAGING AGENT
9670 GATEWAY DRIVE, SUITE 100
Reno, NV 89521

PLY GEM PACIFIC WINDOWS
ATTN: MANAGING AGENT
P.O. BOX 60000
San Francisco, CA 94160

RANDY McCASKILL
ATTN: MANAGING AGENT
1452 CALUSA LANE
Reno, NV 89523

OFFICE DEPOT CREDIT PLAN
ATTN: DEPT. 56-8404484214
P.O. BOX 689020
Des Moines, IA 50368

Portfolio Recovery Ass.
Att: Managing Agent
140 Corporate Blvd., Ste. 100
Norfolk, VA 23502

Rausch, Sturm, Israel, Enerson
& Hornik, LLC
Attn: Managing Agent
8691 W.Sahara Ave., Ste 210
Las Vegas, NV 89117

PACIFIC ALUMINIUM COMPANY
ATTN: MANAGING AGENT
7533 BOSTIAN ROAD
Woodinville, WA 98072

Portfolio Recovery Ass.
Att: Managing Agent
120 Corporate Blvd., Ste. 100
Norfolk, VA 23502

RED ROCK FINANCIAL SERVICES
ATTN: MANAGING AGENT
7251 AMIGO STREET, SUITE 100
Las Vegas, NV 89119

PARAMOUNT WINDOWS, INC
ATTN: MANAGING AGENT
105 PANET ROAD
WINNIPEG

Portfolio Recovery Ass.
Att: Managing Agent
POB 12914
Norfolk, VA 23541-0914

Remsa/Care Flight/ Ambulance
Attn: Managing Agent
450 Edison Way
Reno, NV 89502-4117

PATENAUDE & FELIX, APC
ATTN: MANAGING AGENT
1771 EAST FLAMINGO RD.
SUITE 112A
Las Vegas, NV 89119

PREMIUM FINANCING SPECIALISTS, INC
ATTN: MANAGING AGENT
22653 NETWORK PLACE
Chicago, IL 60673

RENO GAZETTE JOURNAL
ATTN: MANAGING AGENT
P.O. BOX 22000
Reno, NV 89520

Renown Health
Attn: Managing Agent
P.O. Box 30006
Reno, NV 89520-3006

SUMMERLIN LIFE & HEALTH INSURANCE
ATTN: MANAGING AGENT
P.O. BOX 52762
Phoenix, AZ 85072

US BANK, N.A.
ATTN: BANKRUPTCY DEPARTMEN
P.O. BOX 5229
Cincinnati, OH 45201


Renown Health
Attn: Managing Agent
Dept. 8775
Los Angeles, CA 90084-8775

SYNCB/ JC PENNEY
Attn: Managing Agent
P.O. Box 965007
Orlando, FL 32896-5007

Verizon Wireless
Attn: Managing Agent
10734 International Drive
Rancho Cordova, CA 95670-7359


RENOWN REG. MED. CENTER
ATTN: MANAGING AGENT
P.O. BOX 30006
Reno, NV 89520

SYNTER RESOURCE GROUP, LLC
ATTN: MANAGING AGENT
P.O. BOX 63247
North Charleston, SC 29419

VERIZON WIRELESS
ATTN: MANAGING AGENT
5175 EMERALD PKWY
Dublin, OH 43017


RENOWN SOUTH MEADOWS
Attn: Managing Agent
10101 Double R Blvd.
Reno, NV 89521

TBN/TARGET
ATTN: MANAGING AGENT
P.O BOX 24259
P.O. BOX 673
Minneapolis, MN 55440

Victorias Secret
Attn: Managing Agent
POB 659728
San Antonio, TX 78265-9728


RGS FINANCIALS
ATTN: MANAGING AGENT
P.O. BOX 852039
Richardson, TX 75085

The Estate of D.Sharon C. Smith
and D. Sharon C. Smith Trust
c/o: Frederick D. Williams, Esq.
5515 Edekind Road
Sparks, NV 89431-1147

VITRO AMERICA DISTRIBUTION
ATTN: MANAGING AGENT
FILE 50542
Los Angeles, CA 90074


SHARON SMITH
ATTN: MANAGING AGENT
1516 DIAMOND COUNTRY DRIVE
Reno, NV 89521

THE HOME DEPOT
ATTN: HOME DEPOT CREDIT SERVICE
P.O. BOX 653020
Dallas, TX 75265

W.L. GORE & ASSOCIATES
ATTN: MANAGING AGENT
P.O. BOX 1488
Elkton, MD 21922


SIERRA OFFICE SOLUTIONS
ATTN: MANAGING AGENT
4710 LONGLEY LACE
Reno, NV 89502

The Home Depot/ CBNA
Attn: Managing Agent
P.O. Box 6497
Sioux Falls, SD 57117-6497

Washoe County Recorder
Attn: Managing Agent
P.O. Box 11130
Reno, NV 89502


State of California - Board
of Equalization
Attn: Managing Agent
P.O. Box 942879
Sacramento, CA 94267-0011

University of Nevada (Medical)
Attn: Managing Agent.
Loan Dept/MS 124
Reno, NV 89557

Washoe County Treasurer
Attn: Managing Agent
POB 30085
Reno, NV 89520-3085


State Recovery Systems
Att: Managing Agent
2491 Sunrise Blvd.
Rancho Cordova, CA 95670

UPS SUPPLY CHAIN SOLUTIONS
ATTN: MANAGING AGENT
700 KEYSTONE INDUSTRIAL PARK
Scranton, PA 18512

Wells Fargo Dealer Srv.
Attn: Managing Agent
P.O. Box 25341
Santa Ana, CA 92799


STEPHEN FOSSLER COMPANY
ATTN: MANAGING AGENT
439 SOUTH DARTMOOR DRIVE
Crystal Lake, IL 60014

US BANK / RESERVE LINE OF CREDIT
ATTN: MANAGING AGENT
P.O. BOX 1800
Saint Paul, MN 55101

Wells Fargo Dealer Srv.
Attn: Managing Agent
P.O. Box 1697
Winterville, NC 28590

Wells Fargo Dealer Srv./Wachovia
Attn: Managing Agent
P.O. Box 1697
Winterville, NC 28590


WELLS FARGO INSURANCE SERVICES OF NV
ATTN: MANAGING AGENT
6900 C McCARRAN BLVD #2050
Reno, NV 89509


WESTERN STATES GLASS CORP
ATTN: MANAGING AGENT
P.O. BOX 6058
Fremont, CA 94538


WFS Financial
Attn: Managing Agent
P.O. Box 25341
Santa Ana, CA 92799


World Financial Network
ATTN: MANAGING AGENT
3100 Easton Square Place
Columbus, OH 43219


Yates and Felts
Attc: Managing Agent
17890 S. Ideal Parkway
Manteca, CA 95336